IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. CASPER ADAMSON,
    Petitioner,

vs.                                    Case No.:  3:08cv225/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

        This matter is before the court on Petitioner's motion to proceed in forma pauperis (Doc. 8). The docket reflects that the filing fee was received by the court on June 23, 2008 (*see* Doc. 9); therefore, Petitioner's motion will be denied as moot. Although the matter of the filing fee has been resolved, the court notes that Petitioner provided the court with only one service copy of his habeas petition. Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit one additional complete copy of the petition before the court will direct service upon Respondent.

        Accordingly, it is **ORDERED**:

        1.    Petitioner's motion to proceed in forma pauperis (Doc. 8) is **DENIED as moot**.

        2.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit one complete copy of the petition (Doc. 1) with this case number written on the copy.

        3.    Failure to comply with this order may result in a recommendation of dismissal of this case.

        **DONE AND ORDERED** this 26th day of June 2008.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**