IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. CASPER ADAMSON,
    Petitioner,

vs.                                    Case No. 3:08cv225/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause is before the court on Respondent's Response to Petition and Motion to Dismiss for Failure to Exhaust State Court Remedies (Doc. 15).  Before the court rules on this matter, Petitioner shall be given an opportunity to reply.

    Accordingly, it is **ORDERED**:

    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file a reply to Respondent's response to the habeas petition.

    **DONE AND ORDERED** this 9th day of September 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**