**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

R. CASPER ADAMSON,

    Petitioner,

vs.                                                 Case No. 3:08cv225/MCR/EMT

WALTER A. McNEIL,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 19, 2008 (Doc. 23). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The habeas petition challenging the DOC's use of Form DC6-229A, the Close Management Daily Record of Segregation, to evaluate inmates' eligibility to earn incentive gain time (Doc. 1) is **DENIED**.

    **DONE AND ORDERED** this 9th day of December, 2008.

                                                  *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE**